IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Malcom B

Printed: 11/20/07

Case Number: 07 B 12797
Judge: Squires, John H
Filed: 7/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual Home Loan | Secured | 506.59 | 0.00 |
| 6. | CitiMortgage Inc | Secured | 987.98 | 0.00 |
| 7. | Specialized Loan Servicing LLC | Secured | 1,091.29 | 0.00 |
| 8. | GMAC Mortgage Corporation | Secured | 179.89 | 0.00 |
| 9. | Countrywide Home Loans Inc. | Secured | 278.64 | 0.00 |
| 10. | Ocwen Federal Bank FSB | Secured | 188.55 | 0.00 |
| 11. | Illinois Dept of Revenue | Priority | 165.02 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 173.18 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 69.82 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 16. | Credit Collection | Unsecured |  | No Claim Filed |
| 17. | John H Stroger Jr Hospital | Unsecured |  | No Claim Filed |
| 18. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 19. | American Family Financial Serv | Unsecured |  | No Claim Filed |
| 20. | MCS | Unsecured |  | No Claim Filed |
| 21. | Radiology Imaging Specialists | Unsecured |  | No Claim Filed |
| 22. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | Capital One | Unsecured |  | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jones, Malcom B

Printed: 11/20/07

Case Number:  07 B 12797
Judge:  Squires, John H
Filed:  7/18/07

_____            _____
$ 3,640.96              $ 0.00

TRUSTEE FEE DETAIL

Fee Rate            Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_____